J-S29040-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| IN THE INTEREST OF: S.L.D., A MINOR | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| APPEAL OF: S.L.D., A MINOR | No. 1939 WDA 2014 |

Appeal from the Dispositional Order October 30, 2014
In the Court of Common Pleas of Erie County
Juvenile Division at No(s): CP-25-JV-0000083-2014

BEFORE:  PANELLA, J., MUNDY, J., and STRASSBURGER, J.[*]

CONCURRING STATEMENT BY MUNDY, J.:　　　　　**FILED JULY 29, 2015**

I join the majority memorandum in its entirety.  Because I share Judge Strassburger's reservations about the scope of our review under **Anders** articulated in **Commonwealth v. Flowers**, 113 A.3d 1246 (Pa. Super. 2015), I also join his special concurrence as expressed in footnote three.

Judge Strassburger joins this concurring statement.

_____

[*] Retired Senior Judge assigned to the Superior Court.